IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RAYMOND GUTIERREZ and SABRINA
GUTIERREZ, individually and as legal guardians
of JOSIAH GUTIERREZ and ADEN GUTIERREZ
and RAYMOND GUTIERREZ II,

     Plaintiff,

v.                                          Civ. Case No. 2:24-428 JHR-GJF

DOÑA ANA COUNTY BOARD OF
COMMISSIONERS, CHRISTOPHER MORENO, in his
individual and official capacities, DAVID DOMINGUEZ,
in his individual and official capacities, JESUS SEGOVIANO,
in his individual and official capacity, CESAR RIOS,
in his individual and official capacity, and JOE MEDINA,
in his individual or official capacity,

     Defendant.

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Joint Motion to Dismiss Lawsuit With Prejudice [Document No. 62], including all claims that were or could have been brought against Defendant Board of County Commissioners of Doña Ana County in this matter, the Court being advised that Plaintiff and Defendant Board of County Commissioners of Doña Ana County have compromised, resolved and settled their disputes without the admission of liability, and the Court being otherwise fully advised in the premises:

HEREBY FINDS AND ORDERS that the Plaintiff's Complaint against Defendant Board of County Commissioners of Doña Ana County, including all claims that were or could have been brought in this matter, shall be and hereby are dismissed with prejudice with each party to bear their own costs and attorneys' fees.

                                        THE HONORABLE JERRY H. RITTER
                                        United States Magistrate Judge Sitting By Consent

Approved:

*Approved via electronic mail on April 6, 2026*
Christopher K.P. Cardenas
Attorney for the Plaintiff

*Approved and submitted electronically*
Jonlyn Martinez
Counsel for County Defendant

2